UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOYCE FOREBACK,

                Plaintiff,

vs.

J.C. EXPEDITING, an expired trade       Case No. 13-10185
name of DONNA J. MOSLEY and
MICHAEL HALL, and MICHAEL         Hon. Julian Abele Cook
HALL, individually, and SPIRIT
AUTOMOTIVE, an Ohio corporation,

                Defendants.

_____/

### ORDER GRANTING MOTION TO COMPEL PRODUCTION [Doc. #18]

Upon reading and filing of the Stipulation for the Preservation of Accident Artifacts  signed by the attorneys for the respective parties;

IT IS HEREBY ORDERED that the wheel and tire that separated from the 1997 Ford Econoline E350 van that are the subject of this litigation and that are currently in the possession of attorney Michael Duff of Lorrain, Ohio will be transferred to the possession of Introtech Crash Reconstruction Services and will be maintained a their facility at 1006 Vivian Drive  West, Grafton, Ohio 44044 until further order of the Court.

IT IS FURTHER ORDERED that the 1997 Ford Econoline E350 van need not be preserved any longer and that Defendant Hall is authorized to dispose of the vehicle.

Dated September 17, 2013        s/R. Steven Whalen_____
                               R. STEVEN WHALEN
                               UNITED STATES MAGISTRATE JUDGE